**TYCKO & ZAVAREEI LLP**
Anna C. Haac (*pro hac vice* forthcoming)
1828 L Street, NW- Suite 1000
Washington, D.C 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: ahaac@tzlegal.com

**TYCKO & ZAVAREEI LLP**
Sabita J. Soneji (California Bar No. 224262)
Tanya S. Koshy (California Bar No. 227095)
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
Email: ssoneji@tzlegal.com

**BURKE LAW OFFICES, LLC**
Alexander H. Burke (*pro hac vice* forthcoming)
155 N. Michigan Ave., Suite 9020
Chicago, IL 60651
Telephone: (312) 729-5288
Email: aburke@burkelawllc.com

*Attorneys for Plaintiffs*

*Counsel for Plaintiff and the Proposed Class*

APPROVED
Judge Edward J. Davila
4/19/2019

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CANARY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUNGEVITY INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 5:18-cv-03261-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bryan Canary ("Plaintiff") hereby voluntarily dismisses the above-styled action without prejudice against Defendant Youngevity International, Inc. ("Defendant"). Defendant has neither answered the Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this action may be dismissed without prejudice and without an Order of the Court.

Dated:  April 18, 2019

/s/   Tanya S. Koshy
Tanya S. Koshy (SBN 277095)
**TYCKO & ZAVAREEI LLP**
The Tower Building
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
Email: tkoshy@tzlegal.com

*Counsel for Plaintiff and the Proposed Class*